**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM  1**

| | |
|---|---|
| Geotab Inc., Geotab USA, Inc.<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br>**Defendant.** | **S U M M O N S**<br>Court No.: 23-00185 |

**TO:**    The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

### PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 2095, 4198, 2095, 3802, 2722 | Center (if known): | CEE007 |
| Protest Number: | 3802-23-105395, 2095-23-116373, 4198-23-102496 | Date Protest Filed: | 02/07/2023, 02/08/2023, 02/08/2023 |
| Importer: | Geotab Inc., Geotab USA, Inc. | Date Protest Denied: | 03/10/2023, 03/14/2023, 03/15/2023 |
| Category of Merchandise: | Electronics | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See attached Schedule A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Michael E. Murphy
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8016
ted.murphy@sidley.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Fleet management cellular communications devices | 8526.91.0040 9903.88.01 | Free 25% | 8517.62.0090 9903.88.15 | Free 7.5% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Denial of protests that claim the subject articles are correctly classified in subheadings 8517.62.0090 / 9903.88.15, Harmonized Tariff Schedule of the United States.

The issue which was common to all such denied protests:

Protesting the liquidation of the entries with the subject articles classified in subheadings 8526.91.0040 / 9903.88.01, Harmonized Tariff Schedule of the United States ("HTS"). The protests claim the articles are correctly classified in subheadings 8517.62.0090 / 9903.88.15, Harmonized Tariff Schedule of the United States.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

Michael E. Murphy    Digitally signed by Michael E. Murphy
Date: 2023.09.01 10:59:16 -04'00'

*Signature of Plaintiff's Attorney*

09/01/2023

*Date*

## SCHEDULE OF PROTESTS

CEE007

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 3802-23-105395 | 02/07/2023 | 03/10/2023 | See Schedule A for entries and dates | | | |
| 2095-23-116373 | 02/08/2023 | 03/14/2023 | | | | |
| 4198-23-102496 | 02/08/2023 | 03/15/2023 | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **SCHEDULE A** | | | | | | |
| 2 | | | | | | | |
| 3 | **Protest Number** | **Date Protest Filed** | **Date Protest Denied** | **Entry Number** | **Date of Entry** | **Liquidation Date** | **Port of Entry Code** |
| 4 | 209523116373 | 2/8/2023 | 3/14/2023 | 79974271016 | 2/1/2022 | 8/12/2022 | 2095 |
| 5 | 209523116373 | 2/8/2023 | 3/14/2023 | 79974714783 | 2/4/2022 | 8/12/2022 | 2095 |
| 6 | 209523116373 | 2/8/2023 | 3/14/2023 | 79975141911 | 2/8/2022 | 8/12/2022 | 2095 |
| 7 | 209523116373 | 2/8/2023 | 3/14/2023 | 79976733807 | 2/17/2022 | 8/12/2022 | 2095 |
| 8 | 209523116373 | 2/8/2023 | 3/14/2023 | 79976739325 | 2/17/2022 | 8/12/2022 | 2095 |
| 9 | 209523116373 | 2/8/2023 | 3/14/2023 | 79977068989 | 2/18/2022 | 8/12/2022 | 2095 |
| 10 | 209523116373 | 2/8/2023 | 3/14/2023 | 79977149516 | 2/19/2022 | 8/12/2022 | 2095 |
| 11 | 209523116373 | 2/8/2023 | 3/14/2023 | 79977180321 | 2/19/2022 | 8/12/2022 | 2095 |
| 12 | 209523116373 | 2/8/2023 | 3/14/2023 | 79977957942 | 2/24/2022 | 8/12/2022 | 2095 |
| 13 | 209523116373 | 2/8/2023 | 3/14/2023 | 79980875891 | 3/11/2022 | 8/12/2022 | 2095 |
| 14 | 209523116373 | 2/8/2023 | 3/14/2023 | 79982085341 | 3/18/2022 | 8/12/2022 | 2095 |
| 15 | 209523116373 | 2/8/2023 | 3/14/2023 | 79984310549 | 4/1/2022 | 8/12/2022 | 2095 |
| 16 | 209523116373 | 2/8/2023 | 3/14/2023 | 79985737674 | 4/8/2022 | 8/12/2022 | 2095 |
| 17 | 209523116373 | 2/8/2023 | 3/14/2023 | 79976724210 | 2/17/2022 | 8/26/2022 | 2095 |
| 18 | 209523116373 | 2/8/2023 | 3/14/2023 | 79981295578 | 3/15/2022 | 8/26/2022 | 2095 |
| 19 | 209523116373 | 2/8/2023 | 3/14/2023 | 79990855784 | 5/8/2022 | 10/7/2022 | 2095 |
| 20 | 209523116373 | 2/8/2023 | 3/14/2023 | 79992648278 | 5/18/2022 | 10/7/2022 | 2095 |
| 21 | 209523116373 | 2/8/2023 | 3/14/2023 | 79998138837 | 6/20/2022 | 10/7/2022 | 2095 |
| 22 | 209523116373 | 2/8/2023 | 3/14/2023 | 79999508426 | 6/28/2022 | 10/7/2022 | 2095 |
| 23 | 209523116373 | 2/8/2023 | 3/14/2023 | 79999648388 | 6/29/2022 | 10/7/2022 | 2095 |
| 24 | 209523116373 | 2/8/2023 | 3/14/2023 | 79999943102 | 7/2/2022 | 10/7/2022 | 2095 |
| 25 | 209523116373 | 2/8/2023 | 3/14/2023 | 79999840183 | 7/7/2022 | 10/7/2022 | 2095 |
| 26 | 209523116373 | 2/8/2023 | 3/14/2023 | 79903023463 | 7/20/2022 | 10/7/2022 | 2095 |
| 27 | 419823102496 | 2/8/2023 | 3/15/2023 | 79978128048 | 2/24/2022 | 8/12/2022 | 4198 |
| 28 | 419823102496 | 2/8/2023 | 3/15/2023 | 79980609878 | 3/11/2022 | 8/12/2022 | 2095 |
| 29 | 380223105395 | 2/7/2023 | 3/10/2023 | 79975872580 | 02/12/2022 | 1/13/2022 | 3802 |
| 30 | 380223105395 | 2/7/2023 | 3/10/2023 | 79947556287 | 09/01/2021 | 8/19/2022 | 2722 |
| 31 | 380223105395 | 2/7/2023 | 3/10/2023 | 79974111766 | 02/01/2022 | 8/19/2022 | 2722 |
| 32 | 380223105395 | 2/7/2023 | 3/10/2023 | 79974555343 | 02/03/2022 | 8/19/2022 | 2722 |
| 33 | 380223105395 | 2/7/2023 | 3/10/2023 | 79975870592 | 02/12/2022 | 8/19/2022 | 3802 |
| 34 | 380223105395 | 2/7/2023 | 3/10/2023 | 79976207190 | 02/14/2022 | 8/19/2022 | 2722 |
| 35 | 380223105395 | 2/7/2023 | 3/10/2023 | 79976830785 | 02/17/2022 | 8/19/2022 | 2722 |
| 36 | 380223105395 | 2/7/2023 | 3/10/2023 | 79977220317 | 02/18/2022 | 8/19/2022 | 2722 |
| 37 | 380223105395 | 2/7/2023 | 3/10/2023 | 79977265908 | 02/21/2022 | 8/19/2022 | 3802 |
| 38 | 380223105395 | 2/7/2023 | 3/10/2023 | 79977562346 | 02/22/2022 | 8/19/2022 | 2722 |
| 39 | 380223105395 | 2/7/2023 | 3/10/2023 | 79976753227 | 02/23/2022 | 8/19/2022 | 3802 |
| 40 | 380223105395 | 2/7/2023 | 3/10/2023 | 79978042801 | 02/24/2022 | 8/19/2022 | 2722 |
| 41 | 380223105395 | 2/7/2023 | 3/10/2023 | 79979038352 | 03/02/2022 | 8/19/2022 | 2722 |
| 42 | 380223105395 | 2/7/2023 | 3/10/2023 | 79979529376 | 3/4/2022 | 8/19/2022 | 2722 |
| 43 | 380223105395 | 2/7/2023 | 3/10/2023 | 79980291164 | 3/9/2022 | 8/19/2022 | 2722 |
| 44 | 380223105395 | 2/7/2023 | 3/10/2023 | 79980292592 | 3/9/2022 | 8/19/2022 | 2722 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 3 | Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Liquidation Date | Port of Entry Code |
| 45 | 380223105395 | 2/7/2023 | 3/10/2023 | 79980901382 | 3/16/2022 | 8/19/2022 | 3802 |
| 46 | 380223105395 | 2/7/2023 | 3/10/2023 | 79981470130 | 03/16/2022 | 8/19/2022 | 2722 |
| 47 | 380223105395 | 2/7/2023 | 3/10/2023 | 79981473415 | 03/16/2022 | 8/19/2022 | 2722 |
| 48 | 380223105395 | 2/7/2023 | 3/10/2023 | 79982751629 | 03/23/2022 | 8/19/2022 | 2722 |
| 49 | 380223105395 | 2/7/2023 | 3/10/2023 | 79984870377 | 04/04/2022 | 8/19/2022 | 2722 |
| 50 | 380223105395 | 2/7/2023 | 3/10/2023 | 79985534667 | 04/07/2022 | 8/19/2022 | 2722 |
| 51 | 380223105395 | 2/7/2023 | 3/10/2023 | 79985536787 | 04/07/2022 | 8/19/2022 | 2722 |
| 52 | 380223105395 | 2/7/2023 | 3/10/2023 | 79987009874 | 04/15/2022 | 8/19/2022 | 2722 |
| 53 | 380223105395 | 2/7/2023 | 3/10/2023 | 79987887006 | 04/21/2022 | 8/19/2022 | 2722 |
| 54 | 380223105395 | 2/7/2023 | 3/10/2023 | 79988618400 | 04/26/2022 | 10/7/2022 | 2722 |
| 55 | 380223105395 | 2/7/2023 | 3/10/2023 | 79990089590 | 05/04/2022 | 10/7/2022 | 2722 |
| 56 | 380223105395 | 2/7/2023 | 3/10/2023 | 79992384221 | 05/18/2022 | 10/7/2022 | 2722 |
| 57 | 380223105395 | 2/7/2023 | 3/10/2023 | 79993387157 | 05/23/2022 | 10/7/2022 | 2722 |
| 58 | 380223105395 | 2/7/2023 | 3/10/2023 | 79993943918 | 05/26/2022 | 10/7/2022 | 2722 |
| 59 | 380223105395 | 2/7/2023 | 3/10/2023 | 79993945210 | 05/26/2022 | 10/7/2022 | 2722 |
| 60 | 380223105395 | 2/7/2023 | 3/10/2023 | 79995374427 | 06/03/2022 | 10/7/2022 | 2722 |
| 61 | 380223105395 | 2/7/2023 | 3/10/2023 | 79995668554 | 06/06/2022 | 10/7/2022 | 2722 |
| 62 | 380223105395 | 2/7/2023 | 3/10/2023 | 79995668570 | 06/06/2022 | 10/7/2022 | 2722 |
| 63 | 380223105395 | 2/7/2023 | 3/10/2023 | 79996258660 | 06/08/2022 | 10/7/2022 | 2722 |
| 64 | 380223105395 | 2/7/2023 | 3/10/2023 | 79997282206 | 06/15/2022 | 10/7/2022 | 2722 |
| 65 | 380223105395 | 2/7/2023 | 3/10/2023 | 79998189400 | 06/21/2022 | 10/7/2022 | 2722 |
| 66 | 380223105395 | 2/7/2023 | 3/10/2023 | 79998189871 | 06/21/2022 | 10/7/2022 | 2722 |
| 67 | 380223105395 | 2/7/2023 | 3/10/2023 | 79999400087 | 06/28/2022 | 10/7/2022 | 2722 |
| 68 | 380223105395 | 2/7/2023 | 3/10/2023 | 79900225434 | 07/01/2022 | 10/7/2022 | 2722 |
| 69 | 380223105395 | 2/7/2023 | 3/10/2023 | 79900230707 | 07/02/2022 | 10/7/2022 | 2722 |
| 70 | 380223105395 | 2/7/2023 | 3/10/2023 | 79900911686 | 07/07/2022 | 10/7/2022 | 2722 |
| 71 | 380223105395 | 2/7/2023 | 3/10/2023 | 79901887745 | 07/13/2022 | 10/7/2022 | 2722 |
| 72 | 380223105395 | 2/7/2023 | 3/10/2023 | 79903016640 | 07/20/2022 | 10/7/2022 | 2722 |
| 73 | 380223105395 | 2/7/2023 | 3/10/2023 | 79904128451 | 07/26/2022 | 10/7/2022 | 2722 |
| 74 | 380223105395 | 2/7/2023 | 3/10/2023 | 79905640314 | 08/04/2022 | 10/7/2022 | 2722 |